1  Marc Days, CA Bar #184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-cr-00286 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL TO THE LOS ANGELES AREA FOR NEW YEARS EVE |
| v. | |
| MAJED AKROUSH | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KAREN ESCOBAR, Assistant United States Attorney, and the defendant Majed Akroush, by and through Marc Days, his attorney of record, hereby stipulate to the following: Mr. Akroush would like to attend a new year's eve church service and dinner at St. Anne's Cathedral in North Hollywood with his wife and kids; the church service begins at 7:30 pm and dinner follows at the church hall; Mr. Akroush would leave Bakersfield at 4pm on December 31, 2016, and leave the Los Angeles area no later than 4pm the next day (January 1, 2017) to return home; Mr. Akroush will provide lodging information and receipts to very upon his return; Pretrial services officer Frank Guerrero has no objection to this request; Assistant United States Attorney Karen Escobar's position is that the government will defer to the Court.

| | |
|---|---|
| Dated: December 9, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ Karen Escobar<br>KAREN ESCOBAR<br>Assistant United States Attorney |
| Dated:  December 9, 2016 | /s/ Marc Days<br>Marc Days<br>Attorney for Defendant |

## ORDER

IT IS SO ORDERED.  Defendant's conditions of pretrial release are hereby modified to allow him to attend a new year's eve church serve and dinner at St. Anne's Cathedral in North Hollywood with his wife and kids.  Mr. Akroush is authorized to leave Bakersfield at 4:00pm on December 31, 2016, and leave the Los Angeles area no later than 4:00pm the next day (January 1, 2017) to return home to Bakersfield.  Mr. Akroush shall provide lodging information and receipts to very upon his return.   All other previously imposed conditions, not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 9, 2016**

UNITED STATES MAGISTRATE JUDGE