# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO FILE A RESPONSE BY APRIL 19, 2018 AT NOON |
| v. | |
| MAJED BASHIR AKROUSH, | |
| Defendant. | |

On April 13, 2018, Defendant Majed Bashir Akroush filed a motion for bail review. A hearing on the motion is set for April 20, 2018, before the undersigned. The Government is HEREBY ORDERED file a response to Defendant's motion for bail review on or before April 19, 2018, at noon.

IT IS SO ORDERED.

Dated:  **April 17, 2018**

UNITED STATES MAGISTRATE JUDGE

1