| | |
|---|---|
| 1 | Marc Days, CA Bar #184098<br>Days Law Firm |
| 2 | 2300 Tulare Street, Suite 240<br>Fresno, California  93721 |
| 3 | Telephone: (559) 708-4844 |
| 4 | Attorney for Defendant,<br>MAJED AKROUSH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  15-cr-00286 DAD BAM |
| | ) | |
| Plaintiff, | ) | UNOPPOSED EX PARTE APPLICATION FOR |
| | ) | ORDER TO RECONVEY THE PROPERTY |
| vs. | ) | LOCATED AT 4215 GREENROCK AVENUE |
| | ) | TO MAHER AKROUSH |
| MAJED AKROUSH et al., | ) | |
| | ) | |
| Defendant. | ) | |

Marc Days, attorney for Defendant Majed Akroush, hereby applies ex parte for an Order reconveying the real property located at 4215 Greenrock Avenue, Bakersfield, California [Deed of Trust #0215166511] to Maher Akroush, Defendant Majed Akroush's brother.  On April 13, 2018, Defendant Majed Akroush filed a motion to modify his conditions of release to allow for the substitution of property for posting of a full equity bond, specifically;  (1)  a full equity bond of not less than $100,000 secured in property located at 9211 McClintock Road, Bakersfield, CA, 93313, owned by, and the residence of Maher Akroush, and (2) upon the execution of a full equity bond of not less than $1000,0000 secured in property located at 9211 McClintock Road, Bakersfield, CA, 93313, the Clerk of the Court shall reconvey the real property located at 4215 Greenrock Avenue, Bakersfield, CA, 93306 [deed of trust number 0215166511] to Maher

Akroush. [Dkt 314]. On April 20, 2018, the Court heard and granted Defendant Majed Akroush's motion. [Dkt. 317]. The Court ordered that the defendant must:

> Execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A full equity property bond of not less than $100,000, secured by equity in another property owned by Maher Akroush, to replace the original full equity property bond of not less than $100,000 in place by Mr. Maher Akroush. [Dkt 320].

On May 3, 2018, the government approved documents offered by Defendant Majed Akroush in support of a full equity bond of not less than $100,000 secured in property located at 9211 McClintock Road, Bakersfield, CA, 93313, owned by, and the residence of, Maher Akroush, [Dkt 318]. On May 3, 2018, a Copy of Deed of Trust #218053687 for property located at 9211 McClintock Road, Bakersfield, CA, 93313 was posted by Maher Akroush as to Defendant Majed Akroush. [319].

**ORDER**

Good Cause having been shown by the Unopposed Ex Parte Application of Defendant Majed Akroush's Counsel, Marc Days, it is hereby Ordered that that the Clerk of the Court is to reconvey the real property located at 4215 Greenrock Avenue, Bakersfield, CA. 93306 [deed of trust number 0215166511], which was placed as surety for Defendant Majed Akroush's release on bond, to Maher Akroush, the brother of Defendant Majed Akroush.

IT IS SO ORDERED.

Dated: **May 7, 2018**

_____
UNITED STATES MAGISTRATE JUDGE