IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAJED AKROUSH,<br><br>　　　　　　Defendant. | No. 1:15-CR-00286-DAD-BAM<br><br>ORDER DENYING SEALING REQUEST WITHOUT PREJUDICE |

Counsel for defendant Majed Akroush has filed application under Local Rule 141(b) seeking to seal, in its entirety, defendant's memorandum of points and authorities in support of his motion for *Franks* hearing and to suppress evidence; declaration; and exhibits. Defendant has not made an adequate showing in support of this broad sealing request and has failed to explain why any privacy concerns could not adequately be addressed through partial redaction or the filing of a supplement to the motion under seal. The court is not inclined to allow defendant to litigate his motion to suppress in secret absent a compelling showing justifying what the court believes would be an extraordinary sealing order.

Accordingly, defendant's request to seal documents (Doc. No. 339) is denied without prejudice.

IT IS SO ORDERED.

Dated: **July 29, 2018**

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE