Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJED AKROUSH,<br><br>Defendant. | Case No.: 1:15-cr-00286 DAD-BAM<br><br>**STIPULATION TO CONTINUE BAIL REVIEW HEARING; ORDER THEREON**<br><br>Date: February 5, 2019<br>Time: 11:30 am.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for Plaintiff, and Marc Days, counsel for Defendant Majed Akroush, that the bail review hearing currently set for January 30, 2019, at 1:30 pm., may be rescheduled to February 5, 2019, at 11:30 am.

Defendant Akroush seeks modification of his bail conditions to allow for travel with his wife for open heart surgery to be performed on Defendant's father in law, Ismail Akroush. Tests are still being performed on Ismail Akroush and it is anticipated surgery will be scheduled following completion of tests and that at the end of this week Defendant will know when the surgery is scheduled.

IT IS SO STIPULATED

Dated: January 29, 2019         Respectfully submitted,

                                Marc Days
                                Days Law Firm

                                */s/ Marc Days*
                                MARC DAYS
                                Attorney for Defendant
                                MAJED AKROUSH


Dated: January 29, 2019

                                */s/ Karen Escobar*
                                KAREN ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **January 29, 2019**
                                _____
                                UNITED STATES MAGISTRATE JUDGE