# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJED BASHIR AKROUSH,<br><br>Defendant. | Case No. 1:15-cr-00286-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 396) |

On January 16, 2019, Defendant Majed Bashir Akroush filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held February 5, 2019. Defendant appeared with counsel Marc Days. Counsel Karen Escobar appeared for the government.

Defendant seeks return of his Jordanian passport and to travel to Jordan because of his father-in-law's health issue. The Government opposes the request. Having considered the moving papers and the arguments presented at the February 5, 2019 hearing the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance. Therefore, Defendant's motion for bail review and modification of his conditions of release is DENIED. The Defendant remains released on the prior conditions.

IT IS SO ORDERED.

Dated:  **February 5, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1