Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJED AKROUSH,<br><br>Defendant. | Case No.: 1:15-cr-00286 DAD-BAM<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br><br><br>Date: May 21, 2019<br>Time: 11:00 am.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for Plaintiff, and Marc Days, counsel for Defendant Majed Akroush, that the status conference currently set for April 25, 2019, at 11:00 am., may be rescheduled to May 21, 2019, at 11:00 am.

On April 15, 2019, the parties appeared before the Honorable Dale A. Drozd, United States District Court Judge, for further hearing on pending motions. Given that the Court has yet to rule on the pending motions, the parties request the status conference be moved to May 21, 2019, at 11:00 am.

The parties request that given the pending motions, the court grant the parties request for a continuance and find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: April 23, 2019                               Respectfully submitted,

                                                    Marc Days
                                                    Days Law Firm

                                                    */s/ Marc Days*
                                                    MARC DAYS
                                                    Attorney for Defendant
                                                    MAJED AKROUSH


Dated: April 23, 2019
                                                    */s/ Karen Escobar*
                                                    KAREN ESCOBAR
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Status Conference is continued from April 25, 2019 to **May 21, 2019 at 11:00 AM before Magistrate Judge Barbara A. McAuliffe**. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **April 23, 2019**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE