| | |
|---|---|
| 1 | Marc Days, CA Bar #184098 |
| | Days Law Firm |
| 2 | 2300 Tulare Street, Suite 240 |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 708-4844 |
| 4 | Attorney for Defendant, |
| | MAJED AKROUSH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00286 DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| v. | |
| MAJED AKROUSH, | |
| Defendant. | Date: June 18, 2019<br>Time: 11:00 am.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for Plaintiff, and Marc Days, counsel for Defendant Majed Akroush, that the status conference currently set for May 21, 2019, at 11:00 am., may be rescheduled to June 18, 2019, at 11:00 am.

On April 15, 2019, the parties appeared before the Honorable Dale A. Drozd, United States District Court Judge, for further hearing on pending motions. Given that the Court has yet to rule on the pending motions, the parties request the status conference be moved to June 18, 2019, at 11:00 am.

The parties request that given the pending motions, the court grant the parties request for a continuance and find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: May 20, 2019											Respectfully submitted,

											Marc Days
											Days Law Firm

											*/s/ Marc Days*
											MARC DAYS
											Attorney for Defendant
											MAJED AKROUSH

Dated: May 20, 2019

											*/s/ Karen Escobar*
											KAREN ESCOBAR
											Assistant United States Attorney
											Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Status Conference is continued from May 21, 2019 to **June 18, 2019 at 11:00 AM before Magistrate Judge Barbara A. McAuliffe**. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. IT IS SO ORDERED.

Dated: **May 20, 2019**					/s/ *Barbara A. McAuliffe*
											UNITED STATES MAGISTRATE JUDGE