```
Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJED AKROUSH,<br><br>Defendant. | Case No.: 1:15-cr-00286 DAD-BAM<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br><br>Date:  July 30, 2019<br>Time: 11:00 am.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for Plaintiff, and Marc Days, counsel for Defendant Majed Akroush, that the status conference currently set for June 18, 2019, at 10:00 am., may be rescheduled to July 30, 2019, at 11:00 am.

On April 15, 2019, the parties appeared before the Honorable Dale A. Drozd, United States District Court Judge, for further hearing on pending motions.  On June 6, 2019, Judge Drozd issued an order on the pending motions, which included that the government provide a bill of particulars no later than 21 days from the date of service of the order.  [Dkt 447 at 36:10].

Given that the bill of particulars is due after the currently scheduled status conference, the parties request the status conference be moved to July 30, 2019, at 11:00 am.

The parties stipulate that time should be excluded and request that given that the bill of particulars is due after the currently scheduled June 18, 2019, status conference, the court grant the parties request for a continuance and find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: June 14, 2019 							Respectfully submitted,

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
MAJED AKROUSH

Dated: June 14, 2019

*/s/ Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED** that the Status Conference is continued from 6/18/2019 to **July 30, 2019 at 11:00 AM before Magistrate Judge Barbara A. McAuliffe**. For the reasons set forth above, the continuance requested is granted for good cause. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.
IT IS SO ORDERED.

Dated:   **June 14, 2019**				    /s/ *Barbara A. McAuliffe*
							UNITED STATES MAGISTRATE JUDGE