McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00286-DAD-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MAJED BASHIR AKROUSH,<br>  aka Mike Akroush,<br>  aka Magic Mike, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Majed Bashir Akroush, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1), defendant Majed Bashir Akroush's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

    b. Approximately $50,015.94 seized from Wells Fargo Bank account #1890335381, held in the names of Majed Akroush and Firyal Akroush;

    c. Approximately $199,181.00 in U.S. Currency;

        d. Approximately $33,460.00 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

        e. Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal Akroush;

        f. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

        g. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

        h. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush; and,

        i. 1962 Chevrolet Impala, VIN: 21867B189452.

2. The above-listed assets constitute property, real or personal, involved in a violation of 31 U.S.C. § 5317, and any property traceable thereto.

3. Upon entry of a Final Order of Forfeiture, but no later than 30 days thereafter, the following assets shall be returned to defendant Majed Bashir Akroush, through his attorney of record, Marc Days:

        a. Approximately $39,000.00 seized from Wells Fargo Bank account #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales, and

        b. One Rolex Oyster Perpetual Cosmograph Watch.

4. Upon entry of a Final Order of Forfeiture, but no later than 30 days thereafter, the United States shall withdraw the *lis pendens* recorded against the real property located at 12208 Vista Montana Drive, Bakersfield, Kern County, California, APN: 387-310-06-00-8.

5. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and the Department of the Treasury in their secure custody and control.

6. a. Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **March 3, 2020**

                                                                           *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE