Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-cr-00286 DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION TO EXONERATE BOND AND DEEDS OF TRUST AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER |
| v. | |
| MAJED AKROUSH | |
| Defendant. | |

Defendant Majed Bashir Akroush hereby requests that this Court order the exoneration of the compliance bond and Deeds of Trust currently on file with the County Recorders as Deed of Trust #20151520587 posted by Munther Hawatmeh and Deed of Trust #218053687 posted by Maher Akroush.

On December 1, 2015, a compliance bond was ordered in the above-captioned matter to be secured by "full equity property bond totaling no less than $200,000[.]" [Dkt 96]. On December 7, 2015, Defendant Akroush supplied copies of Deed of Trust #20151520587 posted by Munther Hawatmeh and Deed of Trust #0215166511 posted by Maher Akroush to the Court as evidence of surety for his bond. [Dkts 99 & 102, Deed of Trust #20151520587; Dkts 100 & 103, Deed of Trust #0215166511].

On April 13, 2018, Defendant Akroush moved the Court to reconvey the property secured by Deed of Trust #0215166511 and execute a full equity bond of not less than $100,000,

as surety in substitution for the reconveyed property. [Dkt 314]. On April 20, 2018, United States Magistrate Stanley A. Boone, granted Defendant Akroush's Motion, ECF Docket Number 314. [Dkt 317]. On May 3, 2018, Defendant Akroush provided the Court with a copy of Deed of Trust #218053687 posted by Maher Akroush for the substituted property. [Dkt 319].

On September 2, 2020, Defendant Akroush reported as ordered to serve his 33-month sentence in the custody of the Bureau of Prisons ("BOP") at Lompoc FCI.[1]

Therefore, since Defendant Akroush has satisfied the conditions of release in the Eastern District of California, he requests that his bond, Deed of Trust #20151520587 posted by Munther Hawatmeh and Deed of Trust #218053687 posted by Maher Akroush now on file with the County Recorders, be exonerated and title of the real properties described therein be reconveyed to Munther Hawatmeh and Maher Akroush.

Dated: September 29, 2020       Respectfully submitted,

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Majed Akroush

## ORDER

IT IS HEREBY ORDERED that the bond filed on December 1, 2015, and Deeds of Trust #2015152087 and #218053687 now on file with the County Recorders are exonerated and title to property described therein is re*conv*eyed to Munther Hawatmeh and Maher Akroush.

IT IS SO ORDERED.

Dated:  **September 30, 2020**        Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE

---

[1] **Exhibit A**, Bureau of Prisons Inmate Locator, Majed Bashir Akroush, Accessed September 29, 2020.

U.S. v. Majed Akroush, case #15-cr-286 DAD-BAM
Defendant's Application to Exonerate Bond,
Reconvey Title and [Proposed] Order
-2-