McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
HENRY Z. CARBAJAL III
KEVIN K. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00286-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING THE ANCILLARY DEADLINES |
| v. | |
| HAITHAM EID HABASH,<br>  aka Eddie Habash,<br>ZAID ELODAT,<br>RAMSEY JERIES FARRAJ, and<br>MAJED BASHIR AKROUSH,<br>  aka Mike Akroush,<br>  aka Magic Mike, | |
| Defendants. | |

On July 21, 2017, Firyal Akroush, Mathew Akroush, Michael Akroush, and Michelle Akroush (hereafter "Petitioners") filed ancillary petitions in the above-entitled case. *See* ECF Nos. 249, 253.  On July 13, 2020, Petitioners filed an amended ancillary petition. *See* ECF No. 545.  The Court set a discovery schedule in the ancillary proceeding. *See* ECF No. 547.  With the Court's approval, the United States and Petitioners hereby request an order extending the current ancillary schedule set forth below.

The United States and Petitioners' counsel stipulate and agree to the following:

**I. PRIOR PROCEEDINGS.**

1.     On October 8, 2015, defendant Majed Bashir Akroush ("Akroush") and others

STIPULATION AND [PROPOSED] ORDER EXTENDING THE
ANCILLARY HEARING

1

1    were charged by indictment with multiple narcotics offenses and conspiracy to commit such

2    offenses in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. ECF No. 1, Counts 1 to 6.

3    Ramsey Farraj and Akroush were charged with conspiracy to structure in violation of 18 U.S.C. §

4    371. *Id.*, Count 7.  The indictment sought forfeiture of Akroush's interest in all property which

5    constitutes or is derived from proceeds traceable to or which facilitated a violation of 21 U.S.C.

6    §§ 841(a)(1), 841(b)(1)(C), and 846, and any property involved in or traceable to a violation of 18

7    U.S.C. § 371. *Id.*, Forfeiture Allegation.  That property included the following:

8           a.     Real property located at 12348 Lene Place, Bakersfield, Kern County,

9                  California, APN: 387-150-05-00-9;

10          b.     Real property located at 12208 Vista Montana Drive, Bakersfield, Kern

11                 County, California, APN: 387-310-06-00-8;

12          c.     Real property located at 4872 West 140th Street, Hawthorne, Los Angeles

13                 County, California, APN: 4147-021-020[1];

14          d.     Approximately $50,015.94 seized from Wells Fargo Bank account number

15                 1890335381;

16          e.     The domain name and website hosted at www.bluewhalestore.com; and

17          f.     The domain name and website hosted at www.worldofincense.com.

18          2.     On March 14, 2016, the United States filed a Bill of Particulars seeking forfeiture

19   of the above-listed property in addition to the following:

20          a.     Approximately $199,181.00 in U.S. Currency;

21          b.     Approximately $33,460.0 in U.S. Currency seized from Citibank safe

22                 deposit box #1023-5, held in the names of Majed Akroush and Firyal

23                 Akroush;

24          c.     Approximately $200,000.00 in U.S. Currency seized from Citibank safe

25                 deposit box #3511-7, held in the names of Majed Akroush and Firyal

26

27   [1] This property was subject to forfeiture as to the interests of defendant Haitham Habash, which
     was resolved by the preliminary order of forfeiture entered against him and which became final at
28   defendant Habash's sentencing on April 15, 2029.  ECF Nos. 410, 440.

1   Akroush;

2       d.    Approximately $39,000.00 seized from wells Fargo Bank account

3           #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales;

4       e.    Approximately $19,800.00 seized from Wells Fargo Bank account

5           #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

6       f.    Approximately $19,800.00 seized from Wells Fargo Bank account

7           #1404375493, held in the name of Michelle Akroush;

8       g.    Approximately $19,800.00 seized from Wells Fargo Bank account

9           #1404375501, held in the name of Michael Akroush;

10      h.    One Rolex Oyster Perpetual Cosmograph Watch; and

11      i.    1962 Chevrolet Impala, VIN: 21867B189452.

12  ECF No. 127.

13      3.    On February 21, 2020, Akroush was charged by superseding indictment with

14  multiple narcotics offenses and conspiracy to commit such offenses in violation of 21 U.S.C. §

15  841(a)(1), 841(b)(1)(C), and 846, and conspiracy to structure transactions to evade reporting

16  requirement in violation of 18 U.S.C. § 371.  ECF No. 414.  The superseding indictment sought

17  forfeiture of Akroush's interest in all property which constitutes or is derived from proceeds

18  traceable to or which facilitated a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, and

19  any property involved in or traceable to a violation of 18 U.S.C. § 371.  *Id.*, Forfeiture Allegation.

20  That property included the following:

21      a.    Real property located at 12348 Lene Place, Bakersfield, Kern County,

22          California, APN: 387-150-05-00-9;

23      b.    Real property located at 12208 Vista Montana Drive, Bakersfield, Kern

24          County, California, APN: 387-310-06-00-8;

25      c.    The domain name and website hosted at www.bluewhalestore.com;

26      d.    The domain name and website hosted at worldofincense.com;

27      e.    Approximately $50,015.94 seized from Wells Fargo Bank account number

28

3

1    1890335381[2];

2        f.    Approximately $199,181.00 in U.S. Currency;

3        g.    Approximately $33,460.0 in U.S. Currency seized from Citibank safe

4            deposit box #1023-5, held in the names of Majed Akroush and Firyal

5            Akroush;

6        h.    Approximately $200,000.00 in U.S. Currency seized from Citibank safe

7            deposit box #3511-7, held in the names of Majed Akroush and Firyal

8            Akroush;

9        i.    Approximately $39,000.00 seized from wells Fargo Bank account

10           #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales;

11       j.    Approximately $19,800.00 seized from Wells Fargo Bank account

12           #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

13       k.    Approximately $19,800.00 seized from Wells Fargo Bank account

14           #1404375493, held in the name of Michelle Akroush;

15       l.    Approximately $19,800.00 seized from Wells Fargo Bank account

16           #1404375501, held in the name of Michael Akroush; and

17       m.    1962 Chevrolet Impala, VIN: 21867B189452.

18       4.    On February 18, 2020, Akroush entered a guilty plea to the structuring conspiracy

19   as charged in count four in the superseding indictment.  ECF No. 504.  Akroush conceded the

20   forfeiture and the United States agreed to return the Rolex Watch, approximately $39,000.00

21   seized from Wells Fargo Bank account #9374809227, and to release the lis pendens recorded

22   against the residence located at 12208 Vista Montana in Bakersfield, California.  *Id*.  The United

23   States also informally agreed to the return of approximately $8,718.00 in U.S. Currency and some

24   electronic equipment.

25       5.    On March 3, 2020, the Court entered a Preliminary Order of Forfeiture, thus

26   initiating ancillary proceedings in which third parties could contest the forfeiture pursuant to 31

27

28   [2] This asset was listed twice in the allegation in error.

U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n).  ECF No. 510.   Thereafter, consistent with 21 U.S.C. § 853(n)(1), the United States published notice of the preliminary forfeiture order which will be filed with the court once publication is complete.

6.     On July 13, 2020, Petitioners filed a petition to the following assets:

    a.     Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

    b.     Approximately $50,015.94 seized from Wells Fargo Bank account number 1890335381;

    c.     Approximately $199,181.00 in U.S. Currency;

    d.     Approximately $33,460.0 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

    e.     Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal Akroush;

    f.     Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

    g.     Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

    h.     Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush; and

    i.     1962 Chevrolet Impala, VIN: 21867B189452. ECF No. 73.

7.     On June 15, 2020, defendant Akroush was sentenced.  ECF No. 541.

## II. THE ANCILLARY PROCEEDING

8.     On July 27, 2020, the Court ordered a discovery and ancillary schedule. *See* ECF No. 547.

9.     With the Court's approval, the United States and Petitioners request an order extending all of the ancillary deadlines to allow for further investigation, including, but not

1  limited to, depositions.  The parties therefore propose the following ancillary and discovery

2  schedule:

| Event | Current Deadline/Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | December 1, 2020 | March 1, 2021 |
| Last Day to File Dispositive Motions | January 19, 2021 | Mary 17, 2021 |
| Oppositions to Dispositive Motions | Within 14 days from filing date of dispositive motions | Within 14 days from filing date of dispositive motions |
| Reply to Oppositions to Dispositive Motions | Within 7 days from filing date of opposition papers | Within 7 days from filing date of opposition papers |
| Ancillary Hearing | March 1, 2021 at 2:00 p.m. | June 28, 2021 at 2:00 p.m. |

9  Dated:  November 19, 2020                    McGREGOR W. SCOTT
                                               United States Attorney

10

11                                  By:    /s/ Kevin C. Khasigian
                                           KAREN A. ESCOBAR
12                                         KEVIN C. KHASIGIAN
                                           Assistant United States Attorneys
13

14  Dated:  November 18, 2020        By:    /s/ Kevin G. Little
                                           KEVIN G. LITTLE
15                                         Attorney for Petitioners
                                           (Approved by email on 11/18/20)
16

17  Dated:  November 18, 2020        By:    /s/ Virna L. Santos
                                           VIRNA L. SANTOS
18                                         Attorney for Petitioners
                                           (Approved by email on 11/18/20)
19

20                              **ORDER**

21        Before this Court is the United States' stipulated request for an order extending the

22  ancillary deadlines as proposed by the parties.  The proposed dates are adopted herein.

23  IT IS SO ORDERED.

24     Dated:   **November 19, 2020**         _____
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28

6