PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
HENRY Z. CARBAJAL III
KEVIN K. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00286-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING THE ANCILLARY DEADLINES |
| v. | |
| HAITHAM EID HABASH, aka Eddie Habash, ZAID ELODAT, RAMSEY JERIES FARRAJ, and MAJED BASHIR AKROUSH, aka Mike Akroush, aka Magic Mike, | |
| Defendants. | |

On July 21, 2017, Firyal Akroush, Mathew Akroush, Michael Akroush, and Michelle Akroush (hereafter "Petitioners") filed ancillary petitions in the above-entitled case. *See* ECF Nos. 249, 253. On July 13, 2020, Petitioners filed an amended ancillary petition. *See* ECF No. 545. The Court set a discovery schedule in the ancillary proceeding. *See* ECF No. 547. With the Court's approval, the United States and Petitioners hereby request an order extending the current ancillary schedule set forth below.

The United States and Petitioners' counsel stipulate and agree to the following:

**I. PRIOR PROCEEDINGS.**

1. On October 8, 2015, defendant Majed Bashir Akroush ("Akroush") and others

STIPULATION AND [PROPOSED] ORDER EXTENDING THE ANCILLARY HEARING     1

were charged by indictment with multiple narcotics offenses and conspiracy to commit such offenses in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. ECF No. 1, Counts 1 to 6. Ramsey Farraj and Akroush were charged with conspiracy to structure in violation of 18 U.S.C. § 371. *Id.*, Count 7.  The indictment sought forfeiture of Akroush's interest in all property which constitutes or is derived from proceeds traceable to or which facilitated a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, and any property involved in or traceable to a violation of 18 U.S.C. § 371.  *Id.*, Forfeiture Allegation.  That property included the following:

    a.    Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

    b.    Real property located at 12208 Vista Montana Drive, Bakersfield, Kern County, California, APN: 387-310-06-00-8;

    c.    Real property located at 4872 West 140th Street, Hawthorne, Los Angeles County, California, APN: 4147-021-020[1];

    d.    Approximately $50,015.94 seized from Wells Fargo Bank account number 1890335381;

    e.    The domain name and website hosted at www.bluewhalestore.com; and

    f.    The domain name and website hosted at www.worldofincense.com.

2.    On March 14, 2016, the United States filed a Bill of Particulars seeking forfeiture of the above-listed property in addition to the following:

    a.    Approximately $199,181.00 in U.S. Currency;

    b.    Approximately $33,460.0 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

    c.    Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal

---

[1] This property was subject to forfeiture as to the interests of defendant Haitham Habash, which was resolved by the preliminary order of forfeiture entered against him and which became final at defendant Habash's sentencing on April 15, 2020.  ECF Nos. 410, 440.

STIPULATION AND [PROPOSED] ORDER EXTENDING THE ANCILLARY HEARING      2

     Akroush;

  d. Approximately $39,000.00 seized from wells Fargo Bank account #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales;

  e. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

  f. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

  g. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush;

  h. One Rolex Oyster Perpetual Cosmograph Watch; and

  i. 1962 Chevrolet Impala, VIN: 21867B189452.

ECF No. 127.

  3. On February 21, 2020, Akroush was charged by superseding indictment with multiple narcotics offenses and conspiracy to commit such offenses in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 846, and conspiracy to structure transactions to evade reporting requirement in violation of 18 U.S.C. § 371. ECF No. 414. The superseding indictment sought forfeiture of Akroush's interest in all property which constitutes or is derived from proceeds traceable to or which facilitated a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, and any property involved in or traceable to a violation of 18 U.S.C. § 371. *Id.*, Forfeiture Allegation. That property included the following:

  a. Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

  b. Real property located at 12208 Vista Montana Drive, Bakersfield, Kern County, California, APN: 387-310-06-00-8;

  c. The domain name and website hosted at www.bluewhalestore.com;

  d. The domain name and website hosted at worldofincense.com;

  e. Approximately $50,015.94 seized from Wells Fargo Bank account number

1890335381[2];

f. Approximately $199,181.00 in U.S. Currency;

g. Approximately $33,460.0 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

h. Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal Akroush;

i. Approximately $39,000.00 seized from wells Fargo Bank account #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales;

j. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

k. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

l. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush; and

m. 1962 Chevrolet Impala, VIN: 21867B189452.

4. On February 18, 2020, Akroush entered a guilty plea to the structuring conspiracy as charged in count four in the superseding indictment. ECF No. 504. Akroush conceded the forfeiture and the United States agreed to return the Rolex Watch, approximately $39,000.00 seized from Wells Fargo Bank account #9374809227, and to release the lis pendens recorded against the residence located at 12208 Vista Montana in Bakersfield, California. *Id*. The United States also informally agreed to the return of approximately $8,718.00 in U.S. Currency and some electronic equipment.

5. On March 3, 2020, the Court entered a Preliminary Order of Forfeiture, thus initiating ancillary proceedings in which third parties could contest the forfeiture pursuant to 31

---

[2] This asset was listed twice in the allegation in error.

U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n).  ECF No. 510.   Thereafter, consistent with 21 U.S.C. § 853(n)(1), the United States published notice of the preliminary forfeiture order which will be filed with the court once publication is complete.

6. On July 13, 2020, Petitioners filed a petition to the following assets:

    a. Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

    b. Approximately $50,015.94 seized from Wells Fargo Bank account number 1890335381;

    c. Approximately $199,181.00 in U.S. Currency;

    d. Approximately $33,460.0 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

    e. Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal Akroush;

    f. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

    g. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

    h. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush; and

    i. 1962 Chevrolet Impala, VIN: 21867B189452. ECF No. 73.

7. On June 15, 2020, defendant Akroush was sentenced.  ECF No. 541.

## II. THE ANCILLARY PROCEEDING

8. On July 27, 2020, the Court ordered a discovery and ancillary schedule. *See* ECF No. 547.

9. With the Court's approval, the United States and Petitioners request an order extending all of the ancillary deadlines to allow for further investigation, including, but not

limited to, depositions. The parties therefore propose the following ancillary and discovery schedule:

| Event | Current Deadline/Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | March 1, 2021 | June 1, 2021 |
| Last Day to File Dispositive Motions | May 17, 2021 | September 17, 2021 |
| Oppositions to Dispositive Motions | Within 14 days from filing date of dispositive motions | Within 14 days from filing date of dispositive motions |
| Reply to Oppositions to Dispositive Motions | Within 7 days from filing date of opposition papers | Within 7 days from filing date of opposition papers |
| Ancillary Hearing | June 28, 2021 at 2:00 p.m. | September 27, 2021, 2:00 p.m. |

Dated: March 2, 2021                             PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                 KAREN A. ESCOBAR
                                                 KEVIN C. KHASIGIAN
                                                 Assistant United States Attorneys

Dated: March 1, 2021                    By:     /s/ Kevin G. Little
                                                 KEVIN G. LITTLE
                                                 Attorney for Petitioners
                                                 (Approved by email on 3/1/2021)

Dated: March 1, 2021                    By:     /s/ Virna L. Santos
                                                 VIRNA L. SANTOS
                                                 Attorney for Petitioners
                                                 (Approved by email on 3/1/2021)

## **ORDER**

Before this Court is the United States' stipulated request for an order extending the ancillary deadlines as proposed by the parties. The proposed dates are adopted herein.

IT IS SO ORDERED.

Dated:  **March 2, 2021**                        _____
                                                 UNITED STATES DISTRICT JUDGE