Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MAJED AKROUSH<br><br>              Defendant. | Case No.: 15-cr-00286 DAD-BAM<br><br>MOTION FOR RETURN OF PASSPORT; ORDER |

Majed Bashir Akroush, through counsel Marc Days, hereby moves the Court for an Order directing the Clerk of this Court to return his Hashemite Kingdom of Jordan Passport as it is no longer need to be held as a condition of pretrial release.

In support of this request, Mr. Akroush offers the following:

1. On November 9, 2015, the Court made findings and released defendant under terms and conditions of pretrial supervision, including the surrender of both passports.  [Dkt. 73].

2. On November 10, 2015, the Court received a U.S. Passport from Majed Bashir Akroush, No. 217323054.  [Dkt. 74].

3. On November 10, 2015, the Court received a Hashemite Kingdom of Jordan Passport from Majed Bashir Akroush, No. M456748.  [Dkt. 75].

4. On September 2, 2020, Mr. Akroush surrendered for service of sentence at an institution designated by the Bureau of Prisons.

5. Mr. Akroush has completed his term of incarceration and is on supervised release.

6. On July 6, 2022, Mr. Akroush was notified by his United States probation officer, Daniel Alejandro, that the court approved his [Mr. Akroush's] travel to the country of Jordan from July 11, 2022, to August 19, 2022.

7. As Mr. Akroush is no longer on pretrial release, his travel to the country of Jordan has been approved by the court, and he needs and requests the return of his passport.

Dated: July 7, 2022

Respectfully submitted,

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Majed Akroush

**ORDER**

IT IS SO ORDERED that Defendant Majed Akroush's Hashemite Kingdom of Jordan passport shall be returned to Defendant Majed Akroush forthwith.

IT IS SO ORDERED.

Dated:  **July 7, 2022**

UNITED STATES MAGISTRATE JUDGE